**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jeffrey K. Norling,<br><br>Plaintiff,<br><br>v.<br><br>Accounts Receivable Services, LLC, and Stewart, Zlimen, & Jungers, Ltd.<br><br>Defendants. | Case No: 16-cv-03346-MJD-DTS<br><br>**DECLARATION OF DARREN SCHWIEBERT** |

Darren Schwiebert states as follows:

1. I am counsel for Plaintiff in this case.

2. Attached as exhibit 1 is a true and correct copy of Judge Kyle's Order ***granting*** the motion to stay in the *Prado v. ARS* (Civ. No. 16-3561 (RHK/DTS)) and *Zaudtke v. ARS* (Civ. No. 16-3562 (RHK/FLN)) matters.

3. Attached as exhibit 2 is a true and correct copy of excerpts from ARS' Brief in the *Hill v. ARS* case.

4. Attached as exhibit 3 is a true and correct copy of excerpts from Appellant's Reply Brief in the *Hill v. ARS* case.

5. I declare under penalty of perjury that the foregoing is true and correct.

Date: April 6, 2017                             /s Darren Schwiebert
                                                Darren Schwiebert