## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey K Norling, | Civil File No.  16-cv-3346 (MJD-DTS) |
| Plaintiff, | |
| vs. | **DECLARATION OF JESSICA L. KLANDER IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT** |
| Accounts Receivable Services, LLC, | |
| Defendant. | |

STATE OF MINNESOTA   )
                     ) ss.
COUNTY OF HENNEPIN   )

Jessica L. Klander, being first duly sworn under oath, states:

1. I am an attorney with Bassford Remele, P.A., counsel for Defendant Accounts Receivable Services, LLC ("ARS") in the above-captioned matter. I offer this Declaration in Opposition to Plaintiff's Motion to Amend the Complaint.

2. Attached as Exhibit A is a true and correct copy of the publicly available Statement of Claim and Summons initiated by ARS against Plaintiff in the Anoka County Conciliation Court, Case No. 02-co-15-1581.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: May 30, 2018

                                                   *s/ Jessica L. Klander*
                                                   Jessica L. Klander

2

Subscribed and sworn to before me
this 30th day of May, 2018.

   *s/ Rene M. Nadeau*
Notary Public
My Commission Expires: January 31, 2020

4839-5474-2375, v. 1

2