UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JEFFREY NORLING, | COURT MINUTES - CIVIL |
| | BEFORE: DAVID T. SCHULTZ |
| Plaintiff(s), | U.S. Magistrate Judge |
| v. | Case No: Civil 16-3346 (MJD/DTS) |
| | Date: June 6, 2018 |
| ACCOUNTS RECEIVABLE SERVICES, | Courtroom: Mpls. 9E |
| | Time Started: 3:30 p.m. |
| | Time Concluded: 5:15 p.m. |
| Defendant(s). | Time in Court: 1 Hour 45 Minutes |

SETTLEMENT CONFERENCE

APPEARANCES:

    Plaintiff(s):   Darren B. Schwiebert, Esq. on behalf of Plaintiff

    Defendant(s)   Michael Klutho, Esq. on behalf of Defendant

PROCEEDINGS:

  **X**   No settlement reached – A Mediator's proposal to resolve all five ARS cases under consideration by counsel and the parties. Counsel to notify chambers if they agree to the Mediator's proposal.

Other Remarks:

s/KH
Courtroom Deputy