UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SETTLEMENT CONFERENCE MINUTES

Before:   Magistrate Judge David T. Schultz
Date:    June 11, 2018
Time:    9:05-9:15 a.m.
         *(2 minutes for each case)*

---

MARK C. JORGENSEN,                             CIVIL 16-449 (RHK/KMM)

    Plaintiff,

v.

ACCOUNTS RECEIVABLE SERVICES,

    Defendant.

---

KELLY HILLBECK, et al.,                        CIVIL 16-3345 (DWF/SER)

    Plaintiff,

v.

ACCOUNTS RECEIVABLE SERVICES,

    Defendant.

---

JEFFREY K. NORLING,                            CIVIL 16-3346 (MJD/DTS)

    Plaintiff,

v.

ACCOUNTS RECEIVABLE SERVICES,

    Defendant.

---

ZACHARRIE PRADO,                                    CIVIL 16-3561 (PAM/DTS)

    Plaintiff,

v.

ACCOUNTS RECEIVABLE SERVICES,

    Defendant.

---

SARA ZAUDTKE,                                       CIVIL 16-3562 (PAM/HB)

    Plaintiff,

v.

ACCOUNTS RECEIVABLE SERVICES,

    Defendant.

---

APPEARANCES:

    Darren B. Schwiebert, Esq. on behalf of all Plaintiffs in each case;

    Michael Klutho, Esq. on behalf of Defendant in each case

PROCEEDINGS:

    Binding settlement reached as to each case

    Terms stated on the record - Any transcript or copy of the audio file of the terms of settlement is CONFIDENTIAL and shall be SEALED with access being allowed only to the parties and their counsel.
    (Audio File:  Courtroom 9E/6.11.18/9:05-9:15 a.m.)

OTHER REMARKS:

                                                                               s/ KH
                                                                            Courtroom Deputy