UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jeffrey K. Norling, | Court File No. 16-cv-3346-MJD-DTS |
| Plaintiff, | |
| vs. | |
| Accounts Receivable Services, LLC, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

---

IT IS HEREBY STIPULATED AND AGREED, by and between all parties thereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED AND AGREED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

**DBS LAW LLC**

Date: August 9, 2018   By: *s/ Darren Brayer Schwiebert*
  Darren Brayer Schwiebert (#260642)
  *Counsel for Plaintiff*
  301 Fourth Ave. S., Suite 280N
  Minneapolis, MN 55415
  612-501-6008
  darren@dbslawmn.com

- 2 -

|  |  |
|---|---|
| | **BASSFORD REMELE** <br> *A Professional Association* |
| Dated:  August 9, 2018 | By: *s/ Jessica L. Klander* <br> Michael A. Klutho (#186302) <br> Jessica L. Klander (MN #392290) <br> *Counsel for Defendant* <br> 100 South 5th Street, Suite 1500 <br> Minneapolis, Minnesota 55402-1254 <br> Telephone: (612) 333-3000 <br> mklutho@bassford.com <br> jklander@bassford.com |

4823-5731-6457, v. 1