# UNITED STATES DISTRICT COURT
## District of Minnesota

Jeffrey K. Norling                       **JUDGMENT IN A CIVIL CASE**

                 Plaintiff(s),

v.                                      Case Number: 16-3346 MJD/DTS

Accounts Receivable Services, LLC

                 Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

Date: 8/21/2018                                 KATE M. FOGARTY, CLERK

                                                            s/A. Linner
                                                (By) A. Linner, Deputy Clerk